1

2          **FILED**    E-filing

3          JUL 0 1 2008

4          RICHARD W. WIEKING
           CLERK, U.S. DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA

6

7                                                    **(PR)**

8          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF CALIFORNIA    **PJH**
9
                                              )
10   MARCO MARROQUIN                          )    **CV  08    3153**
                                              )    CASE NO. _____
11                          Plaintiff,        )
                                              )
12          vs.                               )    PRISONER'S
                                              )    APPLICATION TO PROCEED
13   BEN CURRY, (WARDEN)                      )    IN FORMA PAUPERIS
                                              )
14                          Defendant.        )
                                              )
15

16          I, Marco Marroquin _____, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct. I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security. I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22          In support of this application, I provide the following information:

23   1.     Are you presently employed? Yes ___ No XXX

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: Does not apply _____ Net: Does not apply _____

27   Employer: Does not apply / Not Applicable (N/A). _____

28   _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   Date of last employment was January 12, 1992; gross and net pay information

5   is unavailable at this time.

6   _____

7   2.   Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.   Business, Profession or                      Yes _____ No _XXX_

10           self employment

11      b.   Income from stocks, bonds,                    Yes _____ No _XXX_

12           or royalties?

13      c.   Rent payments?                                Yes _____ No _XXX_

14      d.   Pensions, annuities, or                       Yes _____ No _XXX_

15           life insurance payments?

16      e.   Federal or State welfare payments,            Yes _____ No _XXX_

17           Social Security or other govern-

18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  None / Not Applicable

22  _____

23  3.   Are you married?                                  Yes _XXX_ No _____

24  Spouse's Full Name: Lili Lima Marroquin

25  Spouse's Place of Employment: Various house keeping

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ 450                              Net $ 450

28  4.   a.   List amount you contribute to your spouse's support:$ None

1   b.  List the persons other than your spouse who are dependent upon you for

2       support and indicate how much you contribute toward their support. (NOTE:

3       For minor children, list only their initials and ages. DO NOT INCLUDE

4       THEIR NAMES.).

5 **None.**

6

7 5.  Do you own or are you buying a home?   Yes ____ No **XXX**

8 Estimated Market Value: $ **N/A**  Amount of Mortgage: $ **N/A**

9 6.  Do you own an automobile?    Yes ____ No **XXX**

10 Make **N/A**  Year **N/A**  Model **N/A**

11 Is it financed? Yes **N/A** No **N/A** If so, Total due: $ **N/A**

12 Monthly Payment: $ **N/A**

13 7.  Do you have a bank account? Yes ____ No **XXX** (Do <u>not</u> include account numbers.)

14 Name(s) and address(es) of bank: **N/A**

15

16 Present balance(s): $ **N/A**

17 Do you own any cash? Yes ____ No **XXX** Amount: $ **∅**

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes ____ No **N/A**

20 **None / Not Applicable**

21 8.  What are your monthly expenses?

22 Rent: $ **∅**    Utilities: **∅**

23 Food: $ **∅**    Clothing: **∅**

24 Charge Accounts:

25 <u>Name of Account</u>   <u>Monthly Payment</u>   <u>Total Owed on This Acct.</u>

26 **None**   $ **∅**   $ **∅**

27 **//**   $ **//**   $ **//**

28 **//**  $ **//**   $ **//** 9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are

2  payable. Do not include account numbers.)

3  **None / Not Applicable**

4

5  10.     Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ___ No _XXX_

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  **None / Not Applicable**

10

11       I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  _6 - 17 - 08_                   _Almond Brown IV_

17      DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28