**FILED**

AUG 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARCO MARROQUIN

          Plaintiff,

vs.

BEN CURRY, (WARDEN)

          Defendant.

CASE NO. C 08-3153 PJH

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Marco Marroquin, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ____ No **XXX**

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: **Does not apply**    Net: **Does not apply**

Employer: **Does not apply / Not Applicable (N/A).**

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Date of last employment was January 12, 1992; gross and net pay information
5  is unavailable at this time.
6  
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.   Business, Profession or                    Yes ___ No XXX
10            self employment
11       b.   Income from stocks, bonds,                 Yes ___ No XXX
12            or royalties?
13       c.   Rent payments?                             Yes ___ No XXX
14       d.   Pensions, annuities, or                    Yes ___ No XXX
15            life insurance payments?
16       e.   Federal or State welfare payments,         Yes ___ No XXX
17            Social Security or other govern-
18            ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 None / Not Applicable
22 
23 3.    Are you married?                                Yes XXX No ___
24 Spouse's Full Name: Lili Lima Marroquin
25 Spouse's Place of Employment: Various house keeping
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ 450                              Net $ 450
28 4.    a.   List amount you contribute to your spouse's support:$ None

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 2 -

1      b.    List the persons other than your spouse who are dependent upon you for
2            support and indicate how much you contribute toward their support. (NOTE:
3            For minor children, list only their initials and ages. DO NOT INCLUDE
4            THEIR NAMES.).
5  **None.**

7  5.    Do you own or are you buying a home?    Yes ___ No **XXX**
8  Estimated Market Value: $ **N/A**    Amount of Mortgage: $ **N/A**
9  6.    Do you own an automobile?    Yes ___ No **XXX**
10 Make **N/A**    Year **N/A**    Model **N/A**
11 Is it financed? Yes **N/A** No **N/A** If so, Total due: $ **N/A**
12 Monthly Payment: $ **N/A**
13 7.    Do you have a bank account? Yes ___ No **XXX** (Do not include account numbers.)
14 Name(s) and address(es) of bank: **N/A**

16 Present balance(s): $ **N/A**
17 Do you own any cash? Yes ___ No **XXX** Amount: $ **∅**
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No **N/A**
20 **None / Not Applicable**
21 8.    What are your monthly expenses?
22 Rent: $ **∅**    Utilities: **∅**
23 Food: $ **∅**    Clothing: **∅**
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| None | $ ∅ | $ ∅ |
| // | $ // | $ // |
| // | $ // | $ //  9. Do |

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 3 -

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | **None / Not Applicable**
4 |
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?  Yes ___  No **XXX**
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | **None / Not Applicable**
10 |
11 | I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 | I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

15 |
16 | 7-8-08                                    [signature]
17 |        DATE                               SIGNATURE OF APPLICANT

Case Number: C08-3153 PJH

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Marco Marroquin__ for the last six months at

[prisoner name]

__Correctional Training Facility__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: __7/30/08__          _Yolanda Chang, Acct I Spec_
                            [Authorized officer of the institution]

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California  93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 7/30/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Yolanda Chang, Acct I Spec_
TRUST OFFICE

```
REPORT ID: TS3030 .701                                              REPORT DATE: 07/30/08
                                                                    PAGE NO:        1
                             CALIFORNIA DEPARTMENT OF CORRECTIONS
                                   CTF SOLEDAD/TRUST ACCOUNTING
                                   INMATE TRUST ACCOUNTING SYSTEM
                                   INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: FEB. 29, 2008 THRU JUL. 30, 2008

ACCOUNT NUMBER : H62380                        BED/CELL NUMBER: CFGWT1000000123L
ACCOUNT NAME   : MARROQUIN, MARCO                   ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

 DATE       HOLD
 PLACED     CODE      DESCRIPTION                    COMMENT          HOLD AMOUNT
 ------     ----      -----------                    -------          -----------
 06/15/2007 H103      DAMAGES-REFUSED TO SIGN HOLD   3861SHEETS              2.30
 07/09/2008 H118      LEGAL COPIES HOLD              0120 LCOPY              0.70
 07/22/2008 H118      LEGAL COPIES HOLD              0295 LCOPY              0.60
 07/24/2008 H118      LEGAL COPIES HOLD              0334 LCOPY              0.60

                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL         CURRENT       HOLDS      TRANSACTIONS
 BALANCE        DEPOSITS      WITHDRAWALS   BALANCE       BALANCE    TO BE POSTED
 ---------      --------      -----------   -------       -------    ------------
     0.00         0.00          0.00          0.00         4.20           0.00

                                                             CURRENT
                                                            AVAILABLE
                                                             BALANCE
                                                            ---------
                                                               4.20-
```

Correctional Training Facility
P. O. Box 636
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 7-30-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Trust Acct / Spec.
     TRUST OFFICE

Note:

I have a question. the archive number is the same. or will it change because of the small error?
If so. I am sending a new Petitioner Copy
"

I don't know.!!! Only you do....

Thank you.

Petitioner COPY

| | |
|---|---|
| 1 | PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY |
| 2 | Name **MARROQUIN**      **MARCO**          |
| | (Last)          (First)          (Initial) |
| 3 | Prisoner Number __H-62380__ |
| 4 | |
| 5 | Institutional Address __P.O. Box 689, Soledad, CA 93960-0689__ |

===============================================================================

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__MARCO MARROQUIN__                            )
(Enter the full name of plaintiff in this action.)   )
                                               )
            vs.                                )   Case No. _____
                                               )   (To be provided by the clerk of court)
__BEN CURRY, (Warden)__                        )
                                               )   PETITION FOR A WRIT
_____                 )   OF HABEAS CORPUS
                                               )
_____                 )   **EVIDENTIARY HEARING REQUESTED**
                                               )
_____                 )
(Enter the full name of respondent(s) or jailor in this action.) )
                                               )

===============================================================================

Read Comments Carefully Before Filling In

When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS         - 1 -