M. MARROQUIN
CDCR #H-62380
CTF G-123
P.O. BOX 689
SOLEDAD, CA 93960

FILED

08 AUG 11 PM 2:20

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUGUST 5, 2008

TO: RICHARD W. WIEKING, CLERK
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

RE: IN FORMA PAUPERIS CASE NO. CV 08-3153 PJH

Dear Mr. Wieking,

   Pursuant to your Notice dated July 01, 2008, regarding my failure to submit a certificate of funds in prisoner's account completed and signed by an authorized officer at the prison etc.. I submitted the request for said document on July 5, 2008, On July 17, 2008, I received from the CTF Trust Account Office a notice date July 16, 2008, stating: "Your In Forma Pauperis as mailed, unfortunately, your application is missing..." On August 4, 2008, I received the conformation of the Informa Pauperis Trust Account Certificate.

   I pray that my case has not been dismissed. Please see attached Exhibits.

Respectfully Submitted,

8/5/2008

M.MARROQUIN #H-62380

NAME: Marroquin, M.          CDCR#: H62380

DATE: 7-30-08                HOUSING: GW-123L

☑ The In Forma Pauperis trust account certification that you requested has been completed and was mailed to the court on 7-30-08 . A copy can not be returned to you, however, a copy of the document is kept in the Trust Office for future reference if needed.

☐ _____

_____

_____

C. T. F. TRUST ACCOUNTING

C.T.F.
Central

NAME: Marroquin, M.            CDCR#: H62380
DATE: 7-16-08                  HOUSING: Central GW-123L

☐ The _____ trust account certification that you requested has been completed and was mailed to the court on _____. A copy can not be returned to you, however, a copy of the document is kept in the Trust Office for future reference if needed.

☒ Your In Forma Pauperis paperwork is complete and ready to be mailed, unfortunately, your application is missing. Please contact your CCI when your application is complete and ready to be hand delivered to Trust.

C. T. F. TRUST ACCOUNTING

C.T.F Central



| | Correctional Training Facility | Chapter: 10C |
|---|---|---|
| | | Custody/Security Operations |
| | **OPERATIONS MANUAL** | Subchapter: 14000 |
| | | Technical Support |
| | | Section: 14010 |
| | | Legal Matters |

**14010.21.2**
**Processing In Forma Pauperis**

The following procedures were placed in effect in August 1998 in order to ensure confidentiality during the processing of inmate legal mail, i.e., In Forma Pauperis certifications and certified trust account statements:

1. Requests for legal mail must be submitted for processing through the Unit Correctional Counselor I (CC-I).

2. Paperwork must be complete prior to submitting to the CC-I to ensure that all documents are mailed to the courts at the same time to prevent separation and comply with the time constraints of the Courts for filing.

3. After all forms are signed, copies must be made prior to forwarding to the Trust Office, as the papers cannot be returned after they are completed for mailing. *Do not fill in any information on the Trust Account Certification portion of the documents. It must be left blank and the Trust Office will complete that portion prior to certification.*

4. Prepare two envelopes--one larger than the other--and address both envelopes. Only the larger of the two envelopes needs to be stamped with postage as one will go inside the other. Place all the completed paperwork, *except the In Forma Pauperis* in the first envelope and seal the package for legal mail.

5. Take the legal mail package, the second envelope, any Trust Withdrawal Orders you may need and the In Forma Pauperis request to the CC-I who will hand carry the entire packet to the Trust Office for completion and mailing. The Trust Office will complete the necessary forms, insert them into the second envelope with the first (sealed) envelope and hand carry the completed package to the mailroom.

6. Copies of the completed documents cannot be returned to the inmate, however, a copy is kept in the Trust Office. A log is maintained with the following information: date the packet is received in the Trust Office, date forms were completed and mailed, and the court to which it was sent to is kept for future reference.

*[signature]*
J. Hamlet
Warden (A)
Correctional Training Facility

C.T.F. Central

E-filing

**ORIGINAL FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(PR)

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

CV 08    3153 PJH

Your petition has been filed as civil case number _____.

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

    ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

    ____ Your In Forma Pauperis Application was not completed in its entirety.

    ____ You did not sign your In Forma Pauperis Application.

    ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 11/07

MARROQUIN

M. MARROQUIN
DCR# H-62380
CTF 6-123
P.O. Box 689
SOLEDAD, CA 93960



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

c/o MARTINEZ 8/5/18